IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02018-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ABDULLAHI HAMU JARA,

    Plaintiff,

v.

STANDARD PARKING, and
UNION TEAMSTER LOCAL 455,

    Defendants.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff has filed *pro se* a Title VII Complaint (ECF No.1), an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2), and a "Motion Requesting a Pro Bono Attorney" (ECF No. 3).  Plaintiff will be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.  Accordingly it is

ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2) is GRANTED.  It is

FURTHER ORDERED that the court review the Title VII Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the Title VII Complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.  It is

FURTHER ORDERED that process shall not issue at this time.  It is

FURTHER ORDERED that the "Motion Requesting a Pro Bono Attorney" (ECF No. 3) is DENIED as premature.

DATED September 15, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge