IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02018-MSK-MJW

ABDULLAHI HAMU JARA,

Plaintiff,

v.

STANDARD PARKING and
TEAMSTER LOCAL 455,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants' Joint Motion for Protective Order (Docket No. 41) is GRANTED finding good cause shown. The written Protective Order Concerning Confidential Information (Docket No. 41-1) is APPROVED and made an Order of Court.

Date: February 1, 2016